JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| LEOBARDO BALDOVINOS-MOLINA, | ) | NO. CV 23-1771-JGB(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| WARDEN B. BIRKHOLZ, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: _____ July 6, 2023.

_____
JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE